RECEIVED
IN LAKE CHARLES, LA

JUL -8 2013

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| HRACH NIKOGHOSYAN<br>A# 079-282-090 | CIVIL ACTION NO. 2:13-CV-473<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| U.S. ATTORNEY GENERAL | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 2] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the petitioner's application for a writ of habeas corpus be **DENIED** and **DISMISSED** for lack of jurisdiction.

Lake Charles, Louisiana, on this ____ 8 ____ day of _____ July _____, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE